UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:21-CV-20992-BB

JUAN FLORES

    Plaintiff,

v.

DEBSKI & ASSOCIATES, P.A.

    Defendant.

_____

### JOINT REQUEST FOR APPOINTMENT OF MEDIATOR

TO THE CLERK OF THE COURT:

Plaintiff Juan Flores and Defendants, Debski & Associates, P.A. and Brett Harold Burkett, Esquire, jointly request that the Clerk of the Court appoint a certified mediator on a blind rotating basis due to the fact that the parties are unable to agree as to the selection of a mediator.

_____
Juan Flores
8186 114 Place
Medley, Florida 33178
*Pro Se Plaintiff*

THE LAW OFFICES OF RONALD S. CANTER, LLC

/s/ Ronald S. Canter
_____
Ronald S. Canter, Esquire
Bar #335045
200A Monroe Street, Suite 104
Rockville, Maryland 20850
Telephone: (301) 424-7490
Facsimile:  (301) 424-7470
E-Mail: rcanter@roncanterllc.com
*Attorney for Defendants Debski & Associates, P.A. and Brett Burkett*
400 S. Dixie Hwy #322
Boca Raton, Florida  33432
*Local Address*