UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 21-cv-20992-BLOOM/Otazo-Reyes**

JUAN FLORES,

    Plaintiff,

v.

DEBSKI & ASSOCIATES, P.A.,
MICHAEL THIEL DEBSKI, ESQ.,
and BRETT HAROLD BURKETT, ESQ.,

    Defendants.
_____/

## ORDER TO SHOW CAUSE

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record. On May 6, 2021, the Court ordered the parties to select a mediator pursuant to Local Rule 16.2, schedule a time, date and place for mediation, and jointly file a proposed order scheduling mediation on or before May 26, 2021. ECF No. [16] ("Scheduling Order"). When the parties failed to comply, the Court issued an order to show cause and required that the parties comply with the requirements of the Scheduling Order by no later than June 1, 2021. ECF No. [22]. Then, on June 1, 2021, the parties requested for the Clerk of Court to randomly appoint a mediator, ECF No. [23], which the Clerk of Court did on June 2, 2021, ECF No. [25]. To date, however, the parties still have not complied with the Court's order to select a mediator and to schedule mediation, nor have they shown cause.

Accordingly, it is **ORDERED AND ADJUDGED** that **on or before June 14, 2021**, the parties shall comply with the requirements of the Scheduling Order and jointly file a proposed order scheduling mediation. **Failure to comply will result in sanctions, including, but not limited to, dismissal without prejudice without further notice**. The parties are reminded that

Case No. 21-cv-20992-BLOOM/Otazo-Reyes

pursuant to the procedures outlined in the CM/ECF Administrative Procedures, the proposed order is also to be emailed to bloom@flsd.uscourts.gov in Word format. The CM/ECF Administrative Procedures may be viewed at www.flsd.uscourts.gov. All other deadlines set forth in the Scheduling Order shall remain strictly in place.

**DONE AND ORDERED** in Chambers at Miami, Florida, on June 10, 2021.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

Juan Flores
8186 NW 114 Place
Medley, FL 33178