UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 21-cv-20992-BLOOM/Otazo-Reyes**

JUAN FLORES,

    Plaintiff,

v.

DEBSKI & ASSOCIATES, P.A.,
MICHAEL THIEL DEBSKI, ESQ.,
and BRETT HAROLD BURKETT, ESQ.,

    Defendants.

_____/

**ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO
DEFENDANT MICHAEL THIEL DEBSKI, ESQ.**

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record. Federal Rule of Civil Procedure 4(m) requires service of the summons and complaint to be perfected upon defendants within 90 days after the filing of the complaint. Plaintiff filed this action on March 12, 2021, *see* ECF No. [1], generating a June 10, 2021, service deadline. On April 12, 2021, the Court entered an Order directing Plaintiff to file proof of service within seven (7) days of perfecting service upon Defendant Michael Thiel Debski, Esq. *See* ECF No. [6]. The Order further stated that "[f]ailure to effectuate service of a summons and the complaint on Defendants by the stated deadline will result in dismissal without prejudice and without further notice." *Id.* To date, Plaintiff has not filed proof of service on Defendant Michael Thiel Debski, Esq., nor has he shown good cause.

Accordingly, it is **ORDERED AND ADJUDGED** that all claims asserted against Defendant Michael Thiel Debski, Esq. are **DISMISSED WITHOUT PREJUDICE** for failure to timely serve.

Case No. 21-cv-20992-BLOOM/Otazo-Reyes

**DONE AND ORDERED** in Chambers at Miami, Florida, on June 21, 2021.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

Juan Flores
8186 NW 114 Place
Medley, FL 33178